No. 423. SANCHEZ *v.* BORRAS. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals

for the First Circuit granted. *Mr. Nelson Gammans* for petitioner. *Messrs. Henry G. Molina, Archie O. Dawson,* and *Sidney P. Simpson* for respondent.